IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  No. 1:19cr10040 JDB

ALEXANDER ALPEROVICH, M.D.,

    Defendant.

### ORDER OF REFERENCE

Before the Court is the April 18, 2019, motion of counsel for Defendant, Alexander Alperovich, M.D., to release Defendant and set a detention hearing. (Docket Entry 13.) This motion is referred to the United States Magistrate Judge for determination. Any objections to the Magistrate Judge's order shall be made within fourteen days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. *See* Fed. R. Crim. P. 59(a).

IT IS SO ORDERED this 18th day of April, 2019.

                      s/ J. DANIEL BREEN
                      UNITED STATES DISTRICT JUDGE