IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                    NO. _1:19-cr-10040-002_
                                                            JDB
_Alexander Alperovich_
              Defendant,

---

NOTICE OF SURRENDER OF PASSPORT
AND
ACKNOWLEDGMENT OF DEFENDANT

---

On ___4/18/19_____, Passport Number
_52343981_____ issued to the above named defendant

from __USA_____ (country) was surrendered to the

custody of the Clerk of the Court pursuant to court order.


                                    CLERK, U.S. DISTRICT COURT

                                    BY: _C. Chernenko_____
Receipt #: _J467007692_                    Deputy Clerk

                                    Dated: _4/18/19_____

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

ACKNOWLEDGMENT OF DEFENDANT

This will acknowledge that I, _William Massey_____ surrendered

Passport Number _52343981____ to the court pursuant to prior order of the court on

_4/18/19_____ (date).


                              _William Massey_____
                              Surrendering Party's Signature

DUPLICATE

Court Name: US District Court - TNW
Division: 1
Receipt Number: J4676007692
Cashier ID: sc
Transaction Date: 04/18/2019
Payer Name: William Massey Esq
---------------------------------------
CRIMINAL DEBT
 For: Alexander Alperovich
 Case/Party: D-TNW-1-19-CR-010040-002
 Amount:       $0.00
---------------------------------------
NON CASH COLLATERAL
 Amt Tendered: $0.00
---------------------------------------
Total Due:      $0.00
Total Tendered: $0.00
Change Amt:     $0.00

USA Passport #523439841 for
Alexander Alperovich surrendered.
1:19cr10040-2/JDB