IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.

        Cr. No. 19-10040

**ALEX ALPEROVICH,**
    **Defendant.**
_____

**NOTICE OF APPEARANCE**
_____

    Comes now William D. Massey of THE LAW OFFICE OF MASSEY, MCCLUSKY, MCCLUSKY & FUCHS and give notice of their appearance on behalf of Defendant to all interested parties.

    Respectfully submitted this 25th day of April, 2019.

        THE LAW OFFICE OF MASSEY, MCCLUSKY, MCCLUSKY & FUCHS
        3074 East Road, Memphis, TN 38128
        (901)384-4004

    *s/ William D. Massey,*   B.P.R. No.9568

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing has been served, via electronic mail, upon Victor Lee Ivy, AUSA, Andrew Pennebaker and Jason Knutson, DOJ, via electronic delivery, on this 25th day of April, 2019.

        *s/ William D. Massey,*