# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Western Division

### JUDGMENT IN A CIVIL CASE

COLUMBUS M. JOYCE,

    Plaintiff,

                              CASE NUMBER: 18-2848-JDT-cgc

v.

SHELBY COUNTY, ET AL.,

    Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 4/25/2019, the Court DISMISSES Joyce's complaint for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

    It is also CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Joyce would not be taken in good faith.  Leave to appeal *in forma pauperis* is DENIED.  For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Joyce, this the fourth dismissal of one of his cases as frivolous or for failure to state a claim.  This "strike" shall take effect when judgment is entered.

**APPROVED:**

                                                 s/ **James D. Todd**
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**