

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## Acknowledgment of Return of Non Cash Collateral

USA

v.

_Alexander Alperovich_     CASE NUMBER: _1_ : _19- 10040_ - _2_

I, the undersigned acknowledge that the United States District Court Clerk's Office returned _U.S. Passport 523439841_ on this the _22nd_ day of _May_ 20_19_.

_____
Defendant's Signature

Witness;
BY: _____
       DEPUTY CLERK

THOMAS M. GOULD, CLERK