**Member:**
American Society of Questioned Document Examiners

American Academy of Forensic Sciences – QD Section

Southeastern Association of Forensic Document Examiners

**Certified:**
American Board of Forensic Document Examiners

# *Thomas W. Vastrick*

Forensic Document Examiner

EMAIL – vastrick@yahoo.com
WEBSITE – thomaswvastrick.com

**Orlando, FL (Main) Office**
522 S Hunt Club Blvd  Suite 217
Apopka, FL  32703

**Tallahassee, FL (Branch) Office**
1400 Village Square Blvd #3-149
Tallahassee, FL  32312

(407) 234-3219

Fax in U.S.  (800) 216-9003

# CURRICULUM VITAE

### 1. Education and Training

Bachelor of Science in Forensic Science from California State University at Sacramento, 1977.

Two-year, full-time, in-residence training program with the U.S. Postal Inspection Service Headquarters Crime Laboratory in Washington, DC from 1977 through 1979.

### 2. Experience

Full-time Forensic Document Examiner with the U.S. Postal Inspection Service Southern Region Crime Laboratory from 1980 through 1992.

Private consulting services in Forensic Document Examination since 1990.

Examinations involve handwriting, hand printing, alterations, typewriting, indented writing, counterfeiting, ink & paper analyses, burned document restoration, and mechanical impressions.

Research Manager, National Center for Forensic Science, University of Central Florida, Orlando, FL  2011 - 2015

### 3. Courtroom Testimony

Have testified as an expert in Forensic Document Examination over 300 times.  Have testified in federal, state and local courts along with military hearings, arbitration hearings and administrative law hearings.

Have testified in Federal District Court in:
**Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, and Texas.**

Have testified in the following state courts:
**Alabama, Arizona, Arkansas, Florida, Georgia, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Oklahoma, Tennessee and Texas.**

### 4. Certification

Certified through technical testing by the American Board of Forensic Document Examiners (ABFDE) since 1982.  The ABFDE is the only certification body that is recognized by all federal government agencies employing Forensic Document Examiners along with many state and municipal law enforcement agencies.  The ABFDE is also the only certification board that meets and has met published standards for required education and training with 100% compliance.

Served on the ABFDE Board of Directors 1987 to 1995.

Served as Secretary of the ABFDE Board of Directors 1991 to 1995.

**CURRICULUM VITAE**
**Thomas W. Vastrick**
Page 2

## 5. Professional Affiliations

- American Society of Questioned Document Examiners (ASQDE)
  - Newsletter Editor - 1983 through 1992
  - Program Chairman – 1993
  - Journal Editorial Staff – 2000 to present
  - Regular Member - 1982 to 2019
  - Life Member – 2019 to present
  - Secretary – 2018 to 2020

- American Academy of Forensic Sciences  (AAFS)
  - Retired Fellow - Questioned Documents Section
  - Section Chairman – Questioned Documents Section – 2012 to 2016
  - Board of Directors – 2017 to present

- Southeast Association of Forensic Document Examiners (SAFDE)
  - Program Chairman – 1997, 1998, 2000, 2011
  - Workshop Facilitator – 1998, 2001
  - Regular Member – 1980s to present

- Academy Standards Board – Forensic Document Examination Consensus Body
  - Laboratories and/or Testing Facilities Member
  - 2017 - present

- Expert Working Group on Human Factors in Handwriting Examination (work completed)
  - U.S. Department of Commerce
  - National Institute of Standards and Technology
  - 2015 - 2020

- Scientific Working Group – Forensic Document Examination  (not currently active)
  - Main SWGDOC Committee – 1999 to 2001
  - Legal Issues Sub-committee Chairman – 1999 to 2001
  - Executive Committee – 1999 to 2001
  - Working Committee – 2001 to 2014

## 6. Published Research Papers

- ***A NON-DESTRUCTIVE PRELIMINARY TEST FOR THE DETERMINATION OF PAGE INSERTION OF A MULTIPAGED QUESTIONED DOCUMENT*** - published in Identification News, Vol. 31, No. 9, September 1981.

- ***CHECKWRITER IDENTIFICATION - INDIVIDUALITY*** - published in Journal of Forensic Sciences, Vol. 27, No. 1, January 1982.

- ***ILLUSIONS OF TRACING*** - published in Journal of Forensic Sciences, Vol. 27, No.1, January 1982.

- ***THE EXAMINATION OF NOTARY SEALS*** - published in Journal of Forensic Science, Vol. 27, No. 4, October 1982.

- ***THE FORENSIC VALUE OF RIGHT-HAND JUSTIFICATION*** - published in Forensic Science International, 1990.

- ***FRAUD AND QUESTIONED DOCUMENT EXAMINATION*** - Published in The White Paper, Vol. 7, No. 2, April-May 1993.

- ***SOLVE THE CROSS-WORD PUZZLE*** - Published in Security Management, December 1994.

- ***DEPOSING FORENSIC EXPERT WITNESSES: AN EXPERT'S VIEWPOINT*** – Published in The Memphis Bar Association Magazine, December 1995.

- ***HAS THAT DOCUMENT BEEN ALTERED*** - Published in The Florida Defender, Fall, 1998.

**CURRICULUM VITAE**
**Thomas W. Vastrick**
Page 3

### 6. Published Research Papers (continued)

- ***THE UNIQUENESS OF HANDWRITING*** - Published in the inaugural edition of the Journal of American Society of Questioned Document Examiners, Vol. 1 No. 1, 1998.

- ***INDENTED WRITING: THE INVISIBLE EVIDENCE –*** Published in The Florida Defender, FLL, 1999.

- ***SELECTING A QUALIFIED FORENSIC DOCUMENT EXAMINER*** - Published in The Florida Defender, Fall, 2001.

- ***CLUES OF INK*** - Published in FSA Times (The Institute of Internal Auditors), Vol. 2, No. 2, 2003.

- ***ADMISSIBILITY ISSUES IN FORENSIC DOCUMENT EXAMINATION*** - Published in The Journal of American Society of Questioned Document Examiners, Vol 7, No. 1, 2004.

- ***IS IT REAL? PROVING (OR DISPROVING) THE AUTHENTICITY OF IMMIGRATION DOCUMENTS*** – Published in the Tennessee Bar Journal, Vol. 42, No. 7, 2006.

- ***DEVELOPMENT OF AN EXTENSIVE FORENSIC HANDWRITING DATABASE – STATISTICAL COMPONENTS*** – Papers from the Seventh International Workshop on Statistical Simulation, Rimini, Italy (co-author, non-presenter)

- ***FORENSIC HANDWRITING COMPARISON EXAMINATION IN THE COURTROOM*** – Published in The Judges' Journal, American Bar Association, Vol. 54, No. 3, Summer 2015.

- ***MEASURING THE FREQUENCY OCCURRENCE OF HANDWRITING AND HAND PRINTING CHARACTERISTICS*** – (co-author) - published in Journal of Forensic Sciences, Vol 62, No. 1, 2017. doi: 10.1111/1556-4029.13248

- ***MEASURING THE FREQUENCY OCCURRENCE OF HANDWRITTEN NUMERAL CHARACTERISTICS*** – (co-author) – published in Journal of Forensic Sciences, Vol 63, No. 4, 2018. doi: 10.1111/1556-4029.13678 (Selected as JFS 2018 Noteworthy Article)

- ***MEASURING THE FREQUENCY OCCURRENCE OF HANDWRITTEN NUMERAL CHARACTERISTICS – AN EXPANDED LIST*** (co-author) – accepted for publication in Journal of Forensic Sciences, to be published online in 2020 and in JFS January 2021 issue. doi: 10.1111/1556-4029.14559

### 7. Presentation of Professional Papers (unpublished)

- ***CHECKWRITER IDENTIFICATION*** - ASQDE, Rochester, NY, 1979.

- ***AN UPDATE OF MODEL DIFFERENTIATION OF CHECKWRITERS BY DOMESTIC MANUFACTURERS*** - ASQDE - North Lake Tahoe, NV, 1983.

- ***THE USE OF VIDEOTAPES TO ENHANCE COURTROOM PRESENTATIONS*** - ASQDE, Montreal, Canada, 1985.

- ***PLASTIC PAPER AS A QUESTIONED DOCUMENT*** - ASQDE, Savannah, GA, 1986.

- ***STANDARD REGISTER CHECKWRITERS*** - ASQDE, San Jose, CA, 1990.

- ***COMPARATIVE ANALYSES OF PHOTOGRAPHIC FILMS, PAPERS, CHEMICALS AND TECHNIQUES FOR USE ON DEMONSTRATIVE COURT CHARTS*** - ASQDE, Kissimmee, FL, 1991.

- ***A NEW DOMESTIC CHECKWRITER MANUFACTURER*** - ASQDE, Ottawa, Canada, 1993.

- ***COMPUTERIZED HANDWRITING*** - ASQDE, Long Beach, CA, 1994.

- ***THE UNIQUENESS OF HANDWRITING - SURVEY RESULTS*** - ASQDE, Chicago, IL, 1995.

- ***PRESENTATION SOFTWARE*** - ASQDE, Chicago, IL, 1995.

- ***A COLLECTION OF FAX FONTS, PART II*** (Contributor) - ASQDE, Chicago, IL, 1995.

- ***THE THIRD EXAMINER*** - ASQDE, Phoenix, AZ, 1997.

**7. Presentation of Professional Papers (continued)**

- *AN OVERVIEW OF POINT AND SHOOT DIGITAL CAMERAS* – AAFS, San Francisco, CA, 1998.
- *THE EXPERT CRITIC IN A CIVIL MATTER* – SAFDE, Atlanta, GA, 1999.
- *A CRITICAL LOOK AT CRITICS* – MAFS/SWAFS joint meeting, Cape Girardeau, MO, 1999.
- *THE SKILL LEVEL OF PSEUDO-TREMOR* – ASQDE, Ottawa, Ontario, Canada, 2000.
- *HOW KNOWN ARE THOSE KNOWNS* – AAFS, Atlanta, GA, 2002.
- *HANDWRITING IDENTIFICATION – BACK TO REALITY* – ASQDE, San Diego, CA, 2002.
- *THE PITFALLS OF BAD SCIENCE* – ASQDE, Memphis, TN, 2004.
- *CASE REVIEW: METHODOLOGY STANDARDIZATION* – ASQDE, Boulder, CO, 2007.
- *FREQUENCY OCCURRENCE OF VARIATION AS A TOOL FOR (DIS) ASSOCIATION OF HANDWRITING* – SAFDE, 2010
- *JUNK CRITICISM IN THE COURTROOM* – AAFS, Chicago, IL, 2011
- *INSTITUTIONAL PREJUDICE AGAINST INDETERMINATE CONCLUSIONS* – SAFDE, Atlanta, GA, 2011
- *CURRENT STATUS OF FREQUENCY OCCURRENCE STUDY* – AAFS, Washington, DC, 2013
- *TACKY CONCLUSIONS – SIGNATURE TRANSFER BY TAPE?* – SAFDE, Atlanta, GA, 2013.
- *TRENDS IN FREQUENCY OCCURRENCE STUDY* – NIST, Gaithersburg, MD, 2013
- *OH BROTHER, ANOTHER PAPER ON FOLLOWING PROCEDURES –* AAFS, Las Vegas, NV, 2016

**8. Books and Publications**

- *THE CLASSIFICATION AND IDENTIFICATION OF CHECKWRITERS* - a monograph published by The American Board of Forensic Document Examiners, 1991.
- *FORENSIC DOCUMENT EXAMINATION TECHNIQUES* – published by The Institute of Internal Auditors Research Foundation, 2004, ISBN 0-89413-541-4.
- *FORENSIC SCIENCE AND LAW: INVESTIGATIVE APPLICATIONS IN CRIMINAL, CIVIL AND FAMILY JUSTICE* – published by CRC Press, 2005, ISBN 0-8493-1970-6 (contributing author).
- *SCIENTIFIC EXAMINATION OF QUESTIONED DOCUMENTS – SECOND EDITION* – published by CRC Press, 2006, ISBN 0-8493-2044-5 (contributing author).
- *FORENSIC HANDWRITING EXAMINATION AND HUMAN FACTORS: IMPROVING THE PRACTICE THROUGH A SYSTEMS APPROACH* – published by National Institute of Standards and Technology, Department of Commerce in conjunction with the National Institute of Justice, Department of Justice NIST.IR.8282 (contributing author).

**9. Teaching Experience**

Conducted lectures and workshops for American Academy of Forensic Sciences, Tennessee Bureau of Investigation, University of Memphis Law School, University of Central Florida, National Center for Forensic Science, State Technical Institute at Memphis, Institute of Police Technology & Management's Public Safety Institute Division, Insititute of Internal Auditors, state bar association conventions, district attorneys general convention, banks, insurance investigators, fraud investigators, private investigators, attorneys, law enforcement

**CURRICULUM VITAE**
**Thomas W. Vastrick**
Page 5

personnel and other document examiners concerning empirical statistics in handwriting; handwriting specimens; detecting forgeries; alterations; and capabilities of Forensic Document Examiners.

Primary trainer for interns in forensic document examination from University of Central Florida.

Course Administrator for National Center for Forensic Sciences post graduate certificate course
Training officer for government document examiners supplemental training, Instituto de Ciencias Forenses de Puerto Rico.

Conducted technical workshops concerning handwriting, signatures, frequency occurrence of handwriting and hand printing characteristics, legal issues and checkwriters at various regional and national conferences of forensic document examiners.

## 10. Awards

Special Recognition Award for Research and Advancement of Profession – American Society of Questioned Document Examiners, 2016.

Ordway Hilton Award – American Academy of Forensic Sciences, 2018