LAW OFFICES OF

# RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.

606 WEST MAIN STREET, SUITE 300
KNOXVILLE, TENNESSEE 37902

| | |
|---|---|
| W. THOMAS DILLARD<br>WAYNE A. RITCHIE II<br>WADE V. DAVIES<br>STEPHEN ROSS JOHNSON<br>JAMES R. STOVALL<br>SAMANTHA I. ELLIS | ROBERT W. RITCHIE (1938-2006)<br>CHARLES W.B. FELS (OF COUNSEL)<br><br>TELEPHONE (865) 637-0661<br>FACSIMILE (865) 524-4623<br><br>www.rddjlaw.com |

September 1, 2020

**VIA EMAIL**

Katherine Payerle, Assistant Chief, DOJ Fraud Division
Katherine.Payerle@usdoj.gov

Jason Ross Knutson, Trial Attorney, DOJ Fraud Division
Jason.knutson@usdoj.gov

Andrew Pennebaker, Trial Attorney, DOJ Fraud Division
Andrew.Pennebaker@usdoj.gov

      Re:   *United States of America v. Alexander Alperovich, M.D.*
              No. 1:19-CR-10040, USDC WDTN, Eastern Division

              **FIRST PRODUCTION OF RECIPROCAL DISCOVERY:**
              **NOTICE OF OPINION TESTIMONY AND WRITTEN REPORTS**
              **OF THOMAS W. VASTRICK**

Dear Ms. Payerle, Mr. Knutson, and Mr. Pennebaker:

      Pursuant to our discovery obligations under Federal Rule of Criminal Procedure 16(b)(1)(C), we are providing via a secure download the written reports from Thomas W. Vastrick, forensic document examiner, regarding his review of the signatures purported to belong to Dr. Alexander Alperovich in the patient charts seized by the Department of Justice during its investigation. We are disclosing both Mr. Vastrick's first report dated August 31, 2020, and his supplemental report dated September 1, 2020.

                                                  Sincerely yours,

                                                  RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.

                                                  */s/ Stephen Ross Johnson*
                                                  STEPHEN ROSS JOHNSON

Enclosure: secure download link (provided via email)