# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Cr. No. 1:19-cr-10040-JTF |
| ) | |
| **ALEXANDER ALPEROVICH, M.D., et al.** ) | |

## ORDER GRANTING MOTION TO VACATE PRETRIAL DEADLINES

On June 4, 2020, the Court entered a Scheduling Order (Doc. 174), at the agreement of the parties. Since then, the government moved to amend the Scheduling Order due to unforeseen circumstances with production of electronic discovery materials that may be subject to a claim of attorney-client privilege. (Doc. 177). The Court entered an Order granting the government's motion to amend the Scheduling Order (Doc. 178) and an Order granting the government's Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege (Doc. 182).

Defendant Alexander Alperovich has moved, and the parties are in agreement, to vacate the remaining pretrial deadlines in the Scheduling Order (Doc. 174) given the pending privilege claim issues, and in his motion has requested until November 20, 2020, for the submission of a revised agreed Scheduling Order or, if agreement cannot be reached, for the parties to submit their respective positions to the Court.

For good cause shown and at the agreement of the parties, it is thereby ORDERED that the deadlines in the Pretrial Order on Discovery and Scheduling (Doc. 174) not already modified by the Court's prior Orders are vacated. The parties shall have until November 20,

2020, to either submit an agreed pretrial schedule to the Court or to submit their respective positions on a pretrial schedule.

This Order does not modify the currently scheduled trial date, which is to begin March 15, 2021.

IT IS SO ORDERED,

On this ___ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE