# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.      ) | Cr. No. 1:19-cr-10040-JTF |
| ) | |
| ALEXANDER ALPEROVICH, M.D.  ) | |

**MOTION TO SEAL DEFENDANT ALEXANDER ALPEROVICH'S MOTION FOR *IN CAMERA* REVIEW AND TO COMPEL PRODUCTION OF DISCOVERY MATERIAL**

COMES defendant ALEXANDER ALPEROVICH through counsel, pursuant to Appendix A of the Local Rules, Policy No. 8 (Sealed Documents), and respectfully requests that the Court enter an order sealing Dr. Alperovich's motion for *in camera* review and to compel the production of discovery materials, as well as its memorandum of support, until further order of the Court. The associated motion, memorandum, and its referenced exhibit contain potentially privileged communications or material that should be redacted pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure. Accordingly, the motion to seal is necessary to protect the confidentiality of the potentially privileged information.

The government's Prosecution Team will not be delivered a copy of these pleadings. *See* (Order, Doc. 182).

Respectfully submitted this 4th day of February 2021, by:

**RITCHIE, DILLARD, DAVIES & JOHNSON, P.C.**

/s/Stephen Ross Johnson
**STEPHEN ROSS JOHNSON, TN BPR #022140**
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
johnson@rddjlaw.com

1

**MASSEY MCCLUSKY MCCLUSKY & FUCHS**

/s/William D. Massey
**WILLIAM D. MASSEY, TN BPR #009568**
3074 East Street
Memphis, TN 38128
(901) 384-4004
w.massey3074@gmail.com

*Attorneys for Alexander Alperovich, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, a copy of the foregoing was filed electronically via ECF and that service on the following was accomplished via Federal Express and electronic mail:

Bennett P. Starnes
Kathryn C. Furtado
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section
Privilege Review Team
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 616-2684
Bennett.Starnes@usdoj.gov
Kathryn.Furtado@usdoj.gov
*Counsel for the United States*

Nishay Sanan
53 W. Jackson, Suite 1424
Chicago, IL 60604
(312) 692-0360
nsanan@aol.com
*Counsel for Defendant Andrew Rudin*

Claiborne H. Ferguson
294 Washington Avenue
Memphis, TN 38103
(901) 529-6400
claiborne@midsouthcriminaldefense.com
*Counsel for Defendant Jeffrey Young, Jr.*

s/Stephen Ross Johnson
